HORIZON OFFSHORE
CONTRACTORS, INC.,
Plaintiff–Appellant,

v.

STOLT OFFSHORE, S.A.,
Defendant–Appellee.

No. 04–20286.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 8, 2004.

Paul M. Schindler, John J. Hay, Henry J. Fieldman, Fieldman Hay & Ullman, New York, NY, for Plaintiff–Appellant.

Gregg C. Laswell, Michael C. Henning, Gregory Vann Brown, Akin Gump Strauss Hauer & Feld, Houston, TX, for Defendant–Appellee.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court in its memorandum and opinion of February 18, 2004. See also *Freudensprung v. Offshore Technical Services, Inc.*, 379 F.3d 327, 346 (5th Cir.2004).

AFFIRMED.

---

* Pursuant to 5th Cᴵʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cᴵʀ. R. 47.5.4.